UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

IN RE:

OKANG LASAN WELLINGTON
MARITZA ALANA WELLINGTON,

        Debtors.

_____/

Case No. 25-15146-BKC-SMG
Chapter 13

### RESPONSE TO OBJECTION TO CLAIM 18-1

Lauren Patrick, (the "Creditor") hereby responds to the Debtor's Objection to Claim 18-1 (the "Objection") (the "Response'). In support thereof, the Creditor states as follows:

1. The Debtor seeks to reclassify Creditor's Claim 18-1 ("Creditor's Claim") as wholly unsecured because the claim was not properly perfected.

2. While it is true that Creditor's Claim was not properly perfected, Creditor has a claim for an equitable lien that arose prepetition.

3. If Creditor's Claim is treated as unsecured, upon confirmation of the Plan, Creditor will be barred in from making an equitable lien claim against the property.

WHEREFORE, Creditor respectfully requests this Court to overrule Debtor's Objection and permit Claim 18-1 to remain secured.

By: */s/ Angelena M. Conant*
Angelena M. Conant, Esq.
FBN: 101751
Angelena M. Root, P.A.
1931 Cordova Road, #303
Fort Lauderdale, Florida  33316
Ph: (954) 986-2101
Fax: (954) 212-0774
Email: amrootesq@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2025, a true and correct copy of this filing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this filing is being served on counsel of record and parties in interest on this day via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Angelena M. Conant*
　　　　Angelena M. Conant, Esq.
　　　　FBN: 101751
　　　　Angelena M. Root, P.A.
　　　　1931 Cordova Road, #303
　　　　Fort Lauderdale, Florida  33316
　　　　Ph: (954) 986-2101
　　　　Fax: (954) 212-0774
　　　　Email: amrootesq@gmail.com