**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:                                            CASE NO.  25-15146-BKC-SMG
                                                  CHAPTER 13

OKANG LASANA WELLINGTON
MARITZA ALANA WELLINGTON
_____/

## NOTICE OF WITHDRAWAL OF DOCUMENT NO. 41

Debtors, OKANG LASANA WELLINGTON and MARITZA ALANA WELLINGTON, by and through their undersigned attorney, respectfully withdraw Document No. 41 filed on September 10, 2025.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the foregoing were served upon all interested parties listed on the attached service list, in the manner noted therein, on January 22, 2026.

Dated: January 22, 2026                    Law Offices of Michael H. Johnson, P.A.
                                           Attorneys for Debtor(s)
                                           800 West Cypress Creek Rd.
                                           Suite 502
                                           Ft. Lauderdale, FL  33309
                                           (954) 535-1131
                                           (954) 641-7750 fax

                                           By:_/s/  Michael H. Johnson__
                                             Michael H. Johnson, Esq.
                                             Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN  LOCAL RULE 2090-1(A).

**SERVICE LIST:**

**VIA CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**VIA U.S. MAIL:**
Angelena M. Conant, Esq.
Angelena M. Root, P.A.
1931 Cordova Rd., #303
Fort Lauderdale, FL 33316

Lauren Patrick
2598 E. Sunrise Blvd., #2104
Fort Lauderdale, FL 33304

**VIA E-MAIL:**
Angelena M. Conant, Esq.
Amrootesq@gmail.com